# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-0965
LT Case No. 2017-302376-CFDB

———————————————

JAMAHL T. BARNAS-HEATH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Mathew J. Metz, Public Defender, and Susan A. Fagan, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

January 2, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____